SEYFARTH SHAW LLP
Kurt A. Kappes (SBN 146384)
James D. McNairy (SBN 230903)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
2029 Century Park East, Suite 3300
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

MILLER NASH LLP
John F. Neupert (*pro hac vice to be submitted*)
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Phone: (503) 224-5858
Fax: 503.224.0155

Attorneys for Defendants
LIVING HARVEST CONSCIOUS NUTRITION,
INC. and LIVING HARVEST FOODS, INC.

SHOPOFF & CAVALLO LLP
Gregory S. Cavallo (SBN 173270)
44 Montgomery Street, Suite 1670
San Francisco, CA  94104
Telephone:  (415) 984-1975
Facsimile:  (415) 984-1978

Attorneys for Plaintiff CALIFORNIA
NATURAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIVING HARVEST CONSCIOUS NUTRITION, INC., an Oregon corporation; LIVING HARVEST FOODS, INC., an Oregon corporation,<br><br>Defendants. | Case No. 2:09-CV-00956-LKK-GGH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS LIVING HARVEST CONSCIOUS NUTRITION, INC. AND LIVING HARVEST FOODS, INC. TO RESPOND TO COMPLAINT [LR 6-144, 83-143]** |

SC1 17104004.1                                        -1-

STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rules 6-144 and 83-143 of the Local Rules of Practice for the United States District Court for the Eastern District of California, Plaintiff California Natural Products, Inc. ("Plaintiff") and Defendants Living Harvest Conscious Nutrition, Inc., and Living Harvest Foods, Inc. (collectively "Defendants"), by and through their respective counsel, hereby stipulate to an extension of time within which Defendants may answer or otherwise respond to the Complaint filed by Plaintiff. Accordingly, as Defendants' response to Plaintiff's Complaint is presently due to be filed on June 3, 2009, it is hereby stipulated that such response is now due on July 6, 2009.

Good cause exists for this short, approximately 30-day extension, because Plaintiff and Defendants continue to work towards the efficient resolution of this lawsuit and require the extension to allow such discussions to proceed.

**IT IS SO STIPULATED:**

DATED: May 28, 2009                                 SEYFARTH SHAW LLP

By   /s/ Kurt A. Kappes
    Kurt A. Kappes
    Robert B. Milligan
Attorneys for Defendants
LIVING HARVEST CONSCIOUS NUTRITION, INC. and LIVING HARVEST FOODS, INC.

DATED: May _____, 2009                              SHOPOFF & CAVALLO, LLP

By   /s/ Gregory S. Cavallo
    Gregory S. Cavallo
Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS, INC.

**IT IS SO ORDERED:**

Dated: June 1, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com