Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff & Cavallo LLP
44 Montgomery Street, Suite 1670
San Francisco, CA 94104
Telephone: 415-984-1975
Facsimile: 415-984-1978

Attorneys for Plaintiff
CALIFORNIA NATURAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIVING HARVEST CONSCIOUS NUTRITION, INC., an Oregon corporation; LIVING HARVEST FOODS, Inc., an Oregon corporation; and DOES 1 though 50,<br><br>Defendants. | CASE NO. 2:09-CV-00956-LKK-GGH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS LIVING HARVEST CONSCIOUS NUTRITION, INC. AND LIVING HARVEST FOODS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[Local Rule 6-144 and 83-143]** |

-1-

SHOPOFF &
CAVALLO LLP

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, on March 27, 2009, LIVING HARVEST FOODS, INC. ("Living Harvest")
2  filed an action against plaintiff CALIFORNIA NATURAL PRODUCTS, INC. ("CNP") in the
3  United Stated District Court, District of Oregon (the "Oregon Action");

4   WHEREAS, on April 8, 2009, plaintiff CNP filed this action against defendant Living
5  Harvest and also defendant LIVING HARVEST CONSCIOUS NUTRITION, INC. (jointly
6  referred to as "Defendants") (this action is referred to as the "California Action");

7   WHEREAS, on April 21, 2009, plaintiff CNP filed a Motion to Dismiss or, in the
8  Alternative, to Transfer the Oregon Action, which has been fully briefed by all parties and is
9  currently pending in the United Stated District Court, District of Oregon, before Honorable Anna J.
10 Brown;

11  WHEREAS, on July 6, 2009, Defendants filed a Motion to Dismiss and Alternative Motion
12 to Transfer the California Action, which covers substantially the same jurisdictional issues as
13 plaintiff CNP's motion currently pending before the Oregon District Court;

14  WHEREAS, on July 21, 2009, plaintiff CNP filed a First Amended Complaint against
15 Defendants, thereby mooting Defendants' Motion to Dismiss and Alternative Motion to Transfer,
16 and obligating Defendants, pursuant to the Federal Rules of Civil Procedure, to file a new
17 responsive pleading;

18  WHEREAS, the parties have agreed that Defendants' time to respond to the First Amended
19 Complaint shall be extended 30 days in order to allow the Oregon District Court to decide plaintiff
20 CNP's Motion to Dismiss or, in the Alternative, to Transfer before Defendants file and serves their
21 responsive pleading to the First Amended Complaint.

22  **IT IS HEREBY STIPULATED**:

23  Pursuant to Rule 6-144 and Rule 83-143 of the Local Rules of Practice for the United States
24 District Court for the Eastern District of California, plaintiff CALIFORNIA NATURAL
25 PRODUCTS, INC. ("Plaintiff") and defendants LIVING HARVEST CONSCIOUS
26 NUTRITION, INC. and LIVING HARVEST FOODS, INC. (jointly "Defendants"), by and
27 through their respective counsel, hereby stipulate to an extension of time within which Defendants
28 may answer or otherwise respond to Plaintiff's First Amended Complaint.  Accordingly, as

-2-

SHOPOFF &
CAVALLO LLP

**STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME FOR DEFENDANTS TO
RESPOND TO FIRST AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

Defendants' response to Plaintiff's First Amended Complaint is presently due to be filed on or around July 31, 2009, it is hereby stipulated that such response is now due on August 31, 2009.

DATED: July 30, 2009                   SHOPOFF & CAVALLO LLP


By _____/s/   James M. Robinson_____
       James M. Robinson
Attorneys for Plaintiff CALIFORNIA NATURAL PRODUCTS, INC.


DATED: July 30, 2009                   MILLER NASH LLP


By _____/s/   Kathryn E. Litchman_____
       Kathryn E. Litchman (appearing pro hac vice)
Attorneys for Defendants
LIVING HARVEST CONSCIOUS NUTRITION, INC. and LIVING HARVEST FOODS, INC.


**IT IS SO ORDERED**.

DATED: July 31, 2009.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com