UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA NATURAL PRODUCTS, INC., a California corporation,

        Plaintiff,

   v.

LIVING HARVEST CONSCIOUS NUTRITION, INC., an Oregon corporation; LIVING HARVEST FOODS, INC., an Oregon corporation,

        Defendants.

                                 /

NO. CIV. S-09-0956 LKK/GGH

O R D E R

This case is currently scheduled for a status conference on Monday, August 31, 2009 at 2:30 p.m. The parties have jointly requested that this conference be continued until October 2009, pending resolution of a motion to dismiss for lack of personal jurisdiction or for transfer in a related matter proceeding in the District of Oregon. Accordingly, the court CONTINUES the status conference until October 19, 2009 at 11:30 a.m. The parties SHALL file updated status reports no later than one week prior to this date.

1

1   Defendant has further requests that the court direct counsel
2  for plaintiff to respond "to whether information provided to
3  [plaintiff's] counsel by [defendant]" demonstrates that the
4  products underlying this intellectual property dispute are
5  substantially different. The court declines to issue such an
6  order.
7   IT IS SO ORDERED.
8   DATED: August 27, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT