SEYFARTH SHAW LLP
Kurt A. Kappes (SBN 146384)
James D. McNairy (SBN 230903)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
2029 Century Park East, Suite 3300
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

MILLER NASH LLP
John F. Neupert (*pro hac vice to be submitted*)
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Phone: (503) 224-5858
Fax: 503.224.0155

Attorneys for Defendants
LIVING HARVEST CONSCIOUS NUTRITION,
INC. and LIVING HARVEST FOODS, INC.

SHOPOFF & CAVALLO LLP
Gregory S. Cavallo (SBN 173270)
44 Montgomery Street, Suite 1670
San Francisco, CA 94104
Telephone: (415) 984-1975
Facsimile: (415) 984-1978

Attorneys for Plaintiff CALIFORNIA
NATURAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>LIVING HARVEST CONSCIOUS NUTRITION, INC., an Oregon corporation; LIVING HARVEST FOODS, INC., an Oregon corporation,<br><br>        Defendants. | Case No. 2:09-CV-00956-LKK-GGH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS LIVING HARVEST CONSCIOUS NUTRITION, INC. AND LIVING HARVEST FOODS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT [LR 6-144, 83-143]** |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on March 27, 2009, LIVING HARVEST FOODS, INC. ("Living Harvest")
2  filed an action against plaintiff CALIFORNIA NATURAL PRODUCTS, INC. ("CNP") in the
3  United States District Court, District of Oregon (the "Oregon Action");
4  WHEREAS, on April 8, 2009, plaintiff CNP filed this action against defendant Living
5  Harvest and also defendant LIVING HARVEST CONSCIOUS NUTRITION, INC. (jointly
6  referred to as "Defendants") (this action is referred to as the "California Action");
7  WHEREAS, on April 21, 2009, plaintiff CNP filed a Motion to Dismiss or, in the
8  Alternative, to Transfer the Oregon Action, which has been fully briefed by all parties and is
9  currently pending in the United States District Court, District of Oregon, before Honorable Anna
10 J. Brown;
11 WHEREAS, on July 6, 2009, Defendants filed a Motion to Dismiss and Alternative
12 Motion to Transfer the California Action, which covers substantially the same jurisdictional
13 issues as plaintiff CNP's motion currently pending before the Oregon District Court;
14 WHEREAS, on July 21, 2009, plaintiff CNP filed a First Amended Complaint against
15 Defendants, thereby mooting Defendants' Motion to Dismiss and Alternative Motion to
16 Transfer, and obligating Defendants, pursuant to the Federal Rules of Civil Procedure, to file a
17 new responsive pleading;
18 WHEREAS, at the parties' suggestion, the Court in the California Action continued the
19 status conference in that matter from August 31, 2009 to October 19, 2009, pending resolution of
20 plaintiff CNP's Motion to Dismiss, or in the Alternative, to Transfer the Oregon Action;
21 WHEREAS, the United States District Court, District of Oregon, has scheduled oral
22 argument on plaintiff CNP's Motion to Dismiss, or in the Alternative, to Transfer the Oregon
23 Action for September 15, 2009, and the parties expect a ruling on the motion shortly thereafter;
24 WHEREAS, the parties agree that good cause exists to extend Defendants' time to
25 respond to the First Amended Complaint, to allow the Oregon District Court to hear oral
26 argument and render a decision regarding plaintiff CNP's Motion to Dismiss, or in the
27 Alternative, to Transfer the Oregon Action;
28

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties have agreed that Defendants' time to respond to the First
2  Amended Complaint shall be extended in order to allow the Oregon District Court to decide
3  plaintiff CNP's Motion to Dismiss or, in the Alternative, to Transfer before Defendants file and
4  serve their responsive pleading to the First Amended Complaint.

5  **IT IS HEREBY STIPULATED:**

6  Pursuant to Rule 6-144 and Rule 83-143 of the Local Rules of Practice for the United
7  States District Court for the Eastern District of California, plaintiff CALIFORNIA NATURAL
8  PRODUCTS, INC. ("Plaintiff") and defendants LIVING HARVEST CONSCIOUS
9  NUTRITION, INC. and LIVING HARVEST FOODS, INC. (jointly "Defendants"), by and
10  through their respective counsel, hereby stipulate to an extension of time within which
11  Defendants may answer or otherwise respond to Plaintiff's First Amended Complaint.
12  Accordingly, as Defendants' response to Plaintiff's First Amended Complaint is presently due to
13  be filed on or around August 31, 2009, it is hereby stipulated that such response shall be due ten
14  (10) days from the date the United States District Court, District of Oregon issues its order on
15  CNP's Motion to Dismiss, of in the Alternative, to Transfer the Oregon Action.
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

SC1 17106395.1

-3-

PDF created with pdfFactory trial version www.pdffactory.com

1    Good cause exists to extend Defendants' time to respond to the First Amended
2 Complaint, to allow the Oregon District Court to hear oral argument and render a decision
3 regarding plaintiff CNP's Motion to Dismiss, of in the Alternative, to Transfer the Oregon
4 Action.

5 DATED: August 28, 2009                             SEYFARTH SHAW LLP

7                                                    By    /s/ Kurt A. Kappes
                                                        Kurt A. Kappes
8                                                       Robert B. Milligan
                                                     Attorneys for Defendants
9                                                    LIVING HARVEST CONSCIOUS
                                                     NUTRITION, INC. and LIVING
10                                                   HARVEST FOODS, INC.

11 DATED: August 28, 2009                            SHOPOFF & CAVALLO, LLP

13                                                   By   /s/ Gregory S. Cavallo
                                                        Gregory S. Cavallo
                                                     Attorneys for Plaintiff
14                                                   CALIFORNIA NATURAL PRODUCTS,
                                                     INC.

16  **IT IS SO ORDERED:**

17  Dated:   August 31, 2009

                                                     _____
20                                                   LAWRENCE K. KARLTON
                                                     SENIOR JUDGE
21                                                   UNITED STATES DISTRICT COURT

-4-

PDF created with pdfFactory trial version www.pdffactory.com